IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA,<br><br>    Plaintiff,<br><br>v.<br><br>TRISH MCEVOY LTD.,<br><br>    Defendant. | Case No. 2:23-cv-00294-MJH |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Robert Jahoda hereby voluntarily dismisses with prejudice his claims against Defendant Trish McEvoy, Ltd.

Dated: June 1, 2023

Respectfully submitted,

*/s/ R. Bruce Carlson*
R. Bruce Carlson
Ian M. Brown
CARLSON BROWN
222 Broad St.
PO Box 242
Sewickley, PA 15143
bcarlson@carlsonbrownlaw.com
ibrown@carlsonbrownlaw.com
(724) 730-1753

*Counsel for Plaintiff*

IT IS SO ORDERED this 2nd day of June 2023.

*/s/ Marilyn J. Horan*
Marilyn J. Horan
United States District Judge